# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL KNIGHT,**
As *Qui Tam* Plaintiff for State of NY,

    Plaintiff,

vs.                        CASE NUMBER: 1:13-cv-183 (GTS/RFT)

**FED. NAT'L MORT. ASS'N ("FANNIE MAE");
FLAGSTAR BANK FSB; "JOHN DOE # 1
THROUGH JOHN DOE # 300," as the banking
institutions that originated New York mortgage
loans as part of the Home Affordable Refinance
Program, which refinanced mortgage loans owned
or securitized by Fannie Mae,**

    Defendants.

[ ] **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that FHFA's motion to intervene (Dkt. No. 1, Attach. 2) is GRANTED; that Plaintiff's cross-motion to substitute and join (Dkt. No. 20) is DENIED; that Defendant Fannie Mae's motion to dismiss (Dkt. No. 21) is GRANTED; that Defendant Flagstar's motion to dismiss (Dkt. No. 22) is GRANTED; and that Plaintiff's Amended Complaint (Dkt. No. 1, Attach. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of September, 2014.

DATED:     September 30, 2014

                                           *[signature]*
                                           Clerk of Court

                                           *[signature]*
                                           L. Welch, Deputy Clerk